DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**NANEA C. K. MARCIAL,**
Appellant,

v.

**DAVID RENE CUSTIN,**
Appellee.

No. 4D2023-1944

[November 16, 2023]

Appeal of nonfinal order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Darren D. Shull, Judge; L.T. Case No. FMCE20-003718.

David M. Scott of the Law Office of David Scott, P.A., Fort Lauderdale, for appellant.

Stacey D. Mullins of GrayRobinson, P.A., Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., CIKLIN and FORST, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***